# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148317-23(76)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BARBARA MIRA JOHNSON,
        Defendant-Appellant.
_____/

SC: 148317
COA: 308104
Oakland CC: 2011-236622-FH

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTHONY JAMES AGRO,
        Defendant-Appellant.
_____/

SC: 148318
COA: 308105
Oakland CC: 2011-236623-FH

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RYAN MICHAEL FLEISSNER,
        Defendant-Appellant.
_____/

SC: 148319
COA: 308106
Oakland CC: 2011-236624-FH

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BARBARA JEAN AGRO,
        Defendant-Appellant.
_____/

SC: 148320
COA: 308109
Oakland CC: 2011-236625-FH

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RYAN DANIEL RICHMOND,
          Defendant-Appellant.
_____/

SC: 148321
COA: 308110
Oakland CC: 2011-236626-FH

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MATTHEW CURTIS,
          Defendant-Appellant.
_____/

SC: 148322
COA: 308111
Oakland CC: 2011-236627-FH

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

NICHOLAS AGRO,
          Defendant-Appellant.
_____/

SC: 148323
COA: 308113
Oakland CC: 2011-236628-FH

On order of the Court, the motion for reconsideration of this Court's June 11, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



Clerk

d1215